CAUSE NO: 09-06-05444-CR-(1)

42,692-01

William Sammy Casey § IN THE 221ST JUDICIAL
PRO SE
EX PARTE § DISTRICT COURT OF

§

§ MONTGOMERY COUNTY, TEXAS

§

TO: MR ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEAL, TEXAS, AUSTIN.

IN RE: PETITION FOR JUNK SCIENCE WRIT
PURSUANT TO CHAPTER § 11.073 C.C.P.

DEAR MR ACOSTA
   THE REASON FOR ME WRITTING YOU AND
THE COURTS IS TO SHOW YOU WHAT THE
DISTRICT ATTORNEY OFFICE AND THE TRIAL
COURT HAS DONE UNFAIR JUSTICE AGAIN.
   THEY HAVE NOT ALLOW ME TO ANSWER OR
REPLY TO THE STATE ANSWER OF HIS
§ 11.073 IN A TIMELY MANNER.
   ON DECEMBER 29, 2014 I RECEIVED FROM
BRETT W. LIGON DISTRICT ATTORNEY OF
MONTGOMERY COUNTY, TEXAS THE STATES
ANSWER TO APPLICATION FOR POST CONVICTION
WRIT OF HABEAS CORPUS AND HIS § 11.073
SHOULD BE DISMISSED.
   ON DECEMBER 29, 2014 I WROTE
PETITIONER'S TRAVERSE / REPLY TO STATE ANSWER,
AND MAIL IT OUT ON THE NEAL
DECEMBER 30, 2014 3:00AM
COURTS EARLY THAT MORNING.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

TODAY'S DATE: MONDAY 1-12-2015 AND OUR UNIT IS ON LOCK-DOWN, BUT THE MAIL ROOM OFFICER DELIEVERED ME 2 LEGAL MAIL ENVELOPES IN WHICH I WILL SEND TO YOU AND SHOW YOU WHAT THEY HAVE DONE UNFAIRELY TO ME.

ON THE SAME DAY I RECEIVED A LETTER FROM THE DISTRICT ATTORNEY, MR BRETT W. LIGON 12-29-2014, THE TRIAL COURT JUDGE WAS SIGNING AND MAKING HER FINDING OF FACT AND CONCLUSION OF LAW SIGNED JUDGE LISA MICHALK ON DECEMBER 29TH 2014. BUT I AM JUST NOW RECEIVING THIS LETTER MONDAY 1-12-2015, FROM BARBARA GLADDEN ADAMICK DISTRICT CLERK OF MONTGOMERY COUNTY, CONROE, TX CONCERNING THE JUDGE LISA MICHALK RULING.

PRAYER
COULD YOU PLEASE HELP ME IN THIS MATTER, I AM PROSE AND HAVE NO CLUE AS TO WHAT TO DO IN THIS UNJUSTIED ~~DESI~~ DECISION. PLEASE HELP.

RESPECTFULLY SUBMITTED
William S. Coley
#1622557

DATE:
MONDAY 1-12-2014 OF JANUARY.
PS: MR ACOSTA THE LETTER YOU RECEIVE IN THE FIRST LETTER I SENT SOMETHING SAMILAR TO THE TRIAL COURTS 12-30-2014 AROUND 3:00AM.

**Barbara Gladden Adamick**
**District Clerk of Montgomery County, Texas**
**Post Judgment Division**
P.O. Box 2985
Conroe, Tx 77305

936-539-7853
936-788-8383

281-354-5511 Houston
936-539-7855 Conroe

DECEMBER 29TH, 2014

WILLIAM S. CASEY JR.
TDCJ #1622557
NEAL UNIT
9055 SPUR 591
AMARILLO, TEXAS 79107

RE:   TRIAL CT. CAUSE NO. 09-06-05444-CR-(1)
      EX PARTE: WILLIAM S. CASEY JR.

      In the 221ST Judicial District Court of Montgomery County, Texas

      Please find enclosed a copy of Findings of Fact and Conclusion of Law signed by Judge LISA MICHALK on DECEMBER 29TH, 2014

Sincerely,

By: SRF
        Deputy

Enc:   As stated

cc.  File
     District Attorney

DEFENDANT COPY

RECEIVED AND FILED
FOR RECORD
___ O'Clock ___ M.

DEC 17 2014

BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By_____ Deputy

NO. 09-06-05444-CR-(1)

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT FOR |
| | § | |
| WILLIAM SAMMY CASEY | § | THE 221ST JUDICIAL DISTRICT, |
| | § | |
| | § | MONTGOMERY COUNTY, TEXAS |

---

## FINDINGS OF FACT
## AND CONCLUSIONS OF LAW

---

Having considered the application for writ of habeas corpus, the State's answer, any affidavits and exhibits submitted in connection with this proceeding, and the contents of the Court's file for the underlying criminal case, the Court hereby enters the following findings of fact and conclusions of law:

### I. Findings of Fact.

1. On November 4, 2009, a jury found the applicant guilty of continuous sexual abuse of a child and three counts of aggravated sexual assault of a child, and the Court assessed his punishment at four concurrent forty-year terms of imprisonment.

2. The judgments were affirmed by the Court of Appeals for the Eighth District of Texas on August 31, 2011, and the applicant's petition for discretionary review was refused on January 25, 2012. *See Casey v. State,* 349 S.W.3d 825 (Tex. App.–El Paso 2011, pet. ref'd).

3. On October 3, 2014, the applicant filed in this Court an instrument captioned "Petition for Junk Science Writ (Pursuant to § 11.073, C.C.P.),"

in which he contends that he was convicted in this case "by and through the use of JUNK SCIENCE," and makes the following specific allegations:

> During the course of his trial, the S.A.N.E. NURSE testified falsely concerning photographs that were alleged to depict the victim's genitalia and she also testified that the window of time for conducting a RAPE TEST KIT was approximately 90 hrs. (this window has been debated and disputed by other medical experts). Additionally, some of the medical equipment used to built the State's case proved to be aging and defective.

4. The application is not on the form prescribed for article 11.07 writ applications by the Court of Criminal Appeals.

## II. Conclusions of Law.

The Court has reached the following legal conclusions with regard to the claims made by the applicant in this habeas corpus proceeding:

1. The application does not satisfy the requirements of rule 73.1 of the Texas Rules of Appellate Procedure because it is not on the form prescribed for article 11.07 writ applications by the Court of Criminal Appeals.

2. The application does not state a cognizable claim for relief under article 11.073 of the Texas Code of Criminal Procedure.

## III. Recommendation and Order.

The Court respectfully recommends to the Texas Court of Criminal Appeals that this application for a writ of habeas corpus be dismissed. The clerk of this Court is hereby ordered to transmit to the clerk of the Texas Court of Criminal Appeals copies of the following items: (1) the indictment and the judgment of conviction entered in the underlying criminal prosecution of the applicant; (2) the

current application for habeas corpus relief, including any amended or supplemental application, along with all exhibits, attachments and supporting briefs; (3) the State's answer, including any amended or supplemental answer, along with all exhibits, attachments and supporting briefs, and the State's proposed findings of fact and conclusions of law; and (4) these findings of fact, conclusions of law, recommendation and order.

The Clerk is further ordered to deliver a copy of these findings of fact, conclusions of law, recommendation and order to the applicant and to appellate counsel for the State of Texas.

Signed on this the ___ day of ___December___, 2014.

/S/ Lisa Michalk

**JUDGE PRESIDING**
221st District Court
Montgomery County, Texas



# MONTGOMERY COUNTY

OFFICE OF

# DISTRICT CLERK

*Barbara Gladden Adamick*
*District Clerk*

P.O. BOX 2985 - CONROE, TEXAS 77305

(409)539-7855

DATE: 7TH DAY OF JANUARY, 2015

Honorable Louise Pearson, Clerk
Court of Criminal Appeals
Box 12308 - Capitol Station
Austin, Texas   78711

IN RE:     CAUSE NO. 09-06-05444-CR(1)


           EX PARTE: WILLIAM SAMMY CASEY
           (POST-CONVICTION WRIT OF HABEAS CORPUS)


Dear Ms. Pearson:

Enclosed please find the Clerk's Record prepared in the above Writ of Habeas Corpus.

Thank you for your attention to this matter.


Sincerely,


BARBARA GLADDEN ADAMICK
DISTRICT CLERK

_____
Deputy

cc: BILL DELMORE                     Attorney for State
cc: WILLIAM S. CASEY JR. (PRO SE)    Attorney for Petitioner
                                          (Enclosure)



# INDEX

## CLERK'S RECORD

## VOLUME I OF I

NAME OF INSTRUMENTS                                                PAGE NOS.

1. SUMMARY SHEET ................................................................................ 1

2. DOCKET SHEET ................................................................................ 2

3. PETITION FOR JUNK SCIENCE WRIT (PURSUANT TO 11.073 C.C.P.... 3-4

4. WAIVER OF SERVICE................................................................................ 5

5. STATE'S ANSWER TO APPLICATION FOR POSTCONVICTION
   WRIT OF HABEAS CORPUS................................................................ 6-13

6. FINDINGS OF FACT AND CONCLUSIONS OF LAW............................. 14-16

7. INDICTMENT................................................................................ 17-20

8. JUDGMENT OF CONVICTION BY JURY CTI
   ....(CHALLENGED CONVICTION)............................................... 21-23

9. JUDGMENT OF CONVICTION BY JURY CTII
   ....(CHALLENGED CONVICTION................................................. 24-26

10. ORDER OF DISMISS FOR CTIII & CTIV....................................... 27

11. JUDGMENT OF CONVICTION BY JURY CTV
    ....(CHALLENGED CONVICTION................................................. 28-30

12. JUDGMENT OF CONVICTION BY JURY CTVI
    ....(CHALLENGED CONVICTION).............................................. 31-33

13. MEMORANDUM OPINION............................................................. 34-51

14. MANDATE................................................................................ 52

15. CLERK'S CERTIFICATION OF THE RECORD................................. 53